**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MORPHET, RICHARD L. | § | Case No. 08-02436 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $519,222.56 *(without deducting any secured claims)* | Assets Exempt: $311,499.56 |
| Total Distribution to Claimants: $11,022.92 | Claims Discharged Without Payment: $2,724,811.61 |
| Total Expenses of Administration: $3,987.57 | |

3) Total gross receipts of $ 15,010.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,010.49 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,987.60 | 3,987.60 | 3,987.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 2,735,834.53 | 2,735,834.53 | 11,022.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,739,822.13 | $2,739,822.13 | $15,010.49 |

    4) This case was originally filed under Chapter 7 on February 04, 2008. The case was pending for 52 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2012     By: /s/JOHN E. GIERUM
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trust interest (u) | 1229-000 | 15,000.00 |
| Interest Income | 1270-000 | 10.49 |
| **TOTAL GROSS RECEIPTS** | | **$15,010.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 2,251.05 | 2,251.05 | 2,251.02 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 855.00 | 855.00 | 855.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 24.76 | 24.76 | 24.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.74 | 28.74 | 28.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.84 | 34.84 | 34.84 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UTC | N/A | Amount | Amount | Amount |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | -1.03 | -1.03 | -1.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.66 | 30.66 | 30.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.58 | 29.58 | 29.58 |
| Internal Revenue Service | 2810-000 | N/A | 402.00 | 402.00 | 402.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 332.00 | 332.00 | 332.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,987.60** | **$3,987.60** | **$3,987.57** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Puritan Finance Corporation | 7100-000 | N/A | 1,644,365.66 | 1,644,365.66 | 6,625.30 |
| 2 | Pramco III, LLC | 7100-000 | N/A | 265,575.71 | 265,575.71 | 1,070.03 |
| 3 | Central States, Southease & Southwest areas Pensio | 7100-000 | N/A | 825,893.16 | 825,893.16 | 3,327.59 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,735,834.53 | $2,735,834.53 | $11,022.92 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-02436  
Case Name: MORPHET, RICHARD L.  
Period Ending: 06/09/12

Trustee: (520171) JOHN E. GIERUM  
Filed (f) or Converted (c): 02/04/08 (f)  
§341(a) Meeting Date: 03/07/08  
Claims Bar Date:

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Townhouse located at 80 Hunt Trail, Lake, Barrin | 220,280.00 | 8,774.64 | DA | 0.00 | FA |
| 2 Cash | 43.00 | 0.00 | DA | 0.00 | FA |
| 3 Harris Bank Barrington - checking account | 520.00 | 0.00 | DA | 0.00 | FA |
| 4 2 couchs, table, lamps, table and two bar stools | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 Misc. books, pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 Watch | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 golf clubs, camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 First Colonial Life Insurance - $75,000.00 term | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 IRA at Edward Jones | 286,000.00 | 0.00 | DA | 0.00 | FA |
| 11 IRA at Harris Bank | 3,929.56 | 0.00 | DA | 0.00 | FA |
| 12 Morphet Company LLC - Debtor owned 67% of compan | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 Raccar LLC - Debtor owned 67% of company. Busine | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 Pathway Group, Inc. LLC - Debtor owns 100% of co | 300.00 | 0.00 | DA | 0.00 | FA |
| 15 2003 Dodge Durango - 91,000 miles | 6,000.00 | 2,263.00 | DA | 0.00 | FA |
| 16 Laptop computer and accessories | 200.00 | 180.00 | DA | 0.00 | FA |
| 17 Tools | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 Trust interest (u) (u) | Unknown | Unknown | | 15,000.00 | FA |
| Int INTEREST (u) | Unknown | N/A | | 10.49 | FA |
| 19 Assets Totals (Excluding unknown values) | $519,222.56 | $11,217.64 | | $15,010.49 | $0.00 |

**Major Activities Affecting Case Closing:**

awaiting checks to clear bank

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-02436  
**Case Name:** MORPHET, RICHARD L.

**Period Ending:** 06/09/12

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 02/04/08 (f)  
**§341(a) Meeting Date:** 03/07/08  
**Claims Bar Date:**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 31, 2011      **Current Projected Date Of Final Report (TFR):** December 5, 2011 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-02436 | | Trustee: | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- | --- |
| Case Name: | MORPHET, RICHARD L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****54-65 - Money Market Account |
| Taxpayer ID #: | **-***7926 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/02/09 | {18} | Taft Stettinius & Hollister, LLP | | 1229-000 | 15,000.00 | | 15,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 15,000.55 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,001.16 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,001.79 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,002.42 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,003.01 |
| 02/12/10 | | To Account #********5466 | TRANSFER OF FUNDS | 9999-000 | | 11.67 | 14,991.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,991.91 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 14,992.58 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 14,992.96 |
| 04/20/10 | | Wire out to BNYM account 9200******5465 | Wire out to BNYM account 9200******5465 | 9999-000 | -14,992.96 | | 0.00 |

| | | ACCOUNT TOTALS | 11.67 | 11.67 | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | | Less: Bank Transfers | -14,992.96 | 11.67 | |
| | | Subtotal | 15,004.63 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $15,004.63 | $0.00 | |

{} Asset reference(s)

Printed: 06/09/2012 12:03 PM    V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-02436 | | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|---|
| Case Name: | MORPHET, RICHARD L. | | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | | Account: | \*\*\*-\*\*\*\*\*54-66 - Checking Account |
| Taxpayer ID #: | \*\*-\*\*\*7926 | | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 | | From Account #\*\*\*\*\*\*\*\*5465 | TRANSFER OF FUNDS | 9999-000 | 11.67 | | 11.67 |
| 02/12/10 | 101 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-02436 | 2200-000 | | 11.67 | 0.00 |
| | | | ACCOUNT TOTALS | | 11.67 | 11.67 | $0.00 |
| | | | Less: Bank Transfers | | 11.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 11.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $11.67 | |

{} Asset reference(s)

Printed: 06/09/2012 12:03 PM    V.13.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-02436 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MORPHET, RICHARD L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-65 - Checking Account |
| Taxpayer ID #: | **-***7926 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | 9999-000 | 14,992.96 | | 14,992.96 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 14,993.27 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,994.16 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.87 | | 14,995.03 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,995.92 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,996.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,996.93 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.17 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.29 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.41 |
| 02/04/11 | | To Account #9200******5466 | TRANSFER OF FUNDS | 9999-000 | | 13.09 | 14,984.32 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,984.43 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.55 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.67 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.79 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.91 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,985.03 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.74 | 14,956.29 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,956.41 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.84 | 14,921.57 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.03 | 14,922.60 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,922.72 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.66 | 14,892.06 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,892.18 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.58 | 14,862.60 |
| 11/16/11 | | To Account #9200******5466 | TRANSFER OF FUNDS | 9999-000 | | 734.00 | 14,128.60 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,128.71 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,128.83 |
| 01/27/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 14,128.94 |
| 01/27/12 | | To Account #9200******5466 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 14,128.94 | 0.00 |

Subtotals : $14,998.82  $14,998.82

{} Asset reference(s)

Printed: 06/09/2012 12:03 PM   V.13.02

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 08-02436 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | MORPHET, RICHARD L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-65 - Checking Account |
| Taxpayer ID #: | **-***7926 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 14,998.82 | 14,998.82 | $0.00 |
| | | | Less: Bank Transfers | | 14,992.96 | 14,876.03 | |
| | | | **Subtotal** | | **5.86** | **122.79** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.86** | **$122.79** | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 08-02436 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MORPHET, RICHARD L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-66 - Checking Account |
| Taxpayer ID #: | **-***7926 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/11 | | From Account #9200******5465 | TRANSFER OF FUNDS | 9999-000 | 13.09 | | 13.09 |
| 02/07/11 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-02436, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 13.09 | 0.00 |
| 11/16/11 | | From Account #9200******5465 | TRANSFER OF FUNDS | 9999-000 | 734.00 | | 734.00 |
| 11/16/11 | 10103 | Internal Revenue Service | 2009 1041/1040 | 2810-000 | | 402.00 | 332.00 |
| 11/16/11 | 10104 | Illinois Department of Revenue | 2009 IL-1041/IL-1040 | 2820-000 | | 332.00 | 0.00 |
| 01/27/12 | | From Account #9200******5465 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 14,128.94 | | 14,128.94 |
| 02/01/12 | 10105 | JOHN E. GIERUM | Dividend paid 100.00% on $2,251.05, Trustee Compensation; Reference: | 2100-000 | | 2,251.02 | 11,877.92 |
| 02/01/12 | 10106 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $855.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 855.00 | 11,022.92 |
| 02/01/12 | 10107 | Puritan Finance Corporation | First and Final Distribution | 7100-000 | | 6,625.30 | 4,397.62 |
| 02/01/12 | 10108 | Pramco III, LLC | First and Final Distribution | 7100-000 | | 1,070.03 | 3,327.59 |
| 02/01/12 | 10109 | Central States, Southease & Southwest areas Pensio | First and Final Distribution | 7100-000 | | 3,327.59 | 0.00 |
| | | | ACCOUNT TOTALS | | 14,876.03 | 14,876.03 | $0.00 |
| | | | Less: Bank Transfers | | 14,876.03 | 0.00 | |
| | | | Subtotal | | 0.00 | 14,876.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $14,876.03 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****54-65 | 15,004.63 | 0.00 | 0.00 |
| Checking # ***-*****54-66 | 0.00 | 11.67 | 0.00 |
| Checking # 9200-******54-65 | 5.86 | 122.79 | 0.00 |
| Checking # 9200-******54-66 | 0.00 | 14,876.03 | 0.00 |
| | $15,010.49 | $15,010.49 | - $0.00 |

Check Number: 10105   Pay Date: 02/03/2012  Amount: $2,251.02



Check Number: 10106   Pay Date: 02/15/2012  Amount: $855.00

**Check Number: 10107    Pay Date: 02/14/2012  Amount: $6,625.30**

THE BANK OF NEW YORK MELLON    VOID AFTER 90 DAYS    10107

Case 08-02436 ABG    Debtor: MORPHET, RICHARD L
9200073855466
First and Final Distribution

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/01/2012    $ ******6,625.30

---Six Thousand Six Hundred Twenty-Five Dollars and 30/100

Pay to the Order of:
Puritan Finance Corporation
c/o Fred R. Harbecke
29 S. LaSalle, Suite 945
Chicago IL 60603

JOHN E. GIERUM, Trustee

⑊00010107⑊ ⑊043302493⑊ 9200073855466⑊

**Check Number: 10108    Pay Date: 02/21/2012  Amount: $1,070.03**

THE BANK OF NEW YORK MELLON    VOID AFTER 90 DAYS    10108

Case 08-02436 ABG    Debtor: MORPHET, RICHARD L
9200073855466
First and Final Distribution

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/01/2012    $ ******1,070.03

---One Thousand Seventy Dollars and 03/100

Pay to the Order of:
Pramco III, LLC
Attn: Julie Tumia
230 Crossskeys Office Park
Fairport NY 14450

4221000l

JOHN E. GIERUM, Trustee

⑊00010108⑊ ⑊043302493⑊ 9200073855466⑊    ⑊000010700 3⑊





THE BANK OF NEW YORK MELLON  VOID AFTER 90 DAYS  10109
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262  60-249/433
TID 0520171

| Case | Debtor |
|---|---|
| 08-02436 ABG | MORPHET, RICHARD L. |
| 92000738555466 | 1 |
| First and Final Distribution | |

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date 02/01/2012  $ *******3,327.59

---Three Thousand Three Hundred Twenty-Seven Dollars and 59/100...

Pay to the Order of:
Central States, Southeast & Southwest areas Pensio
Attn: Peter Priede
9377 West Higgins Road
Rosemont IL 60018

JOHN E. GIERUM, Trustee

⑆000 10109⑆ ⑈043302493⑈ 92000738555466⑆  /0000332759/

CREDIT TO ACCOUNT OF
WITHIN NAMED PAYEE
ABSENCE OF ENDORSEMENT
GUARANTEED. MFSC #1
PMT. ACPT. W/O PREJUDICE

02-14-12 0010291 0291368 328 003 58 44

7615380364

FOR DEPOSIT ONLY
Account Number 093-2289
CENTRAL STATES SOUTHEAST
AND SOUTHWEST AREAS
PENSION FUND
LOCKBOX ACCOUNT
DO NOT WRITE SIGN STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT