**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: MORPHET, RICHARD L.          § Case No. 08-02436
                                     §
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $519,222.56                    Assets Exempt: $311,499.56
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,022.92      Claims Discharged
                                                  Without Payment: $2,724,811.61

Total Expenses of Administration: $3,987.57

---

    3) Total gross receipts of $ 15,010.49 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,010.49 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,987.60 | 3,987.60 | 3,987.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,735,834.53 | 2,735,834.53 | 11,022.92 |
| **TOTAL DISBURSEMENTS** | $0.00 | $2,739,822.13 | $2,739,822.13 | $15,010.49 |

    4) This case was originally filed under Chapter 7 on February 04, 2008. The case was pending for 53 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/06/2012          By: /s/JOHN E. GIERUM
                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trust interest (u) | 1229-000 | 15,000.00 |
| Interest Income | 1270-000 | 10.49 |
| **TOTAL GROSS RECEIPTS** | | **$15,010.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 2,251.05 | 2,251.05 | 2,251.02 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 855.00 | 855.00 | 855.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 24.76 | 24.76 | 24.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.74 | 28.74 | 28.74 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 34.84 | 34.84 | 34.84 |
| The Bank of New York Mellon | 2600-000 | N/A | -1.03 | -1.03 | -1.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.66 | 30.66 | 30.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.58 | 29.58 | 29.58 |
| Internal Revenue Service | 2810-000 | N/A | 402.00 | 402.00 | 402.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 332.00 | 332.00 | 332.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,987.60 | $3,987.60 | $3,987.57 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Puritan Finance Corporation | 7100-000 | N/A | 1,644,365.66 | 1,644,365.66 | 6,625.30 |
| 2 | Pramco III, LLC | 7100-000 | N/A | 265,575.71 | 265,575.71 | 1,070.03 |
| 3 | Central States, Southease & Southwest areas Pensio | 7100-000 | N/A | 825,893.16 | 825,893.16 | 3,327.59 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,735,834.53 | $2,735,834.53 | $11,022.92 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-02436  
**Case Name:** MORPHET, RICHARD L.  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 02/04/08 (f)  
**§341(a) Meeting Date:** 03/07/08  
**Claims Bar Date:**

**Period Ending:** 07/06/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Townhouse located at 80 Hunt Trail, Lake, Barrin | 220,280.00 | 8,774.64 | DA | 0.00 | FA |
| 2 | Cash | 43.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris Bank Barrington - checking account | 520.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2 couchs, table, lamps, table and two bar stools | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. books, pictures | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | Watch | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | golf clubs, camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 9 | First Colonial Life Insurance - $75,000.00 term | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA at Edward Jones | 286,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | IRA at Harris Bank | 3,929.56 | 0.00 | DA | 0.00 | FA |
| 12 | Morphet Company LLC - Debtor owned 67% of compan | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Raccar LLC - Debtor owned 67% of company. Busine | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | Pathway Group, Inc. LLC - Debtor owns 100% of co | 300.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Dodge Durango - 91,000 miles | 6,000.00 | 2,263.00 | DA | 0.00 | FA |
| 16 | Laptop computer and accessories | 200.00 | 180.00 | DA | 0.00 | FA |
| 17 | Tools | 50.00 | 0.00 | DA | 0.00 | FA |
| 18 | Trust interest  (u) (u) | Unknown | Unknown | | 15,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 10.49 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$519,222.56** | **$11,217.64** | | **$15,010.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

awaiting checks to clear bank

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-02436
**Case Name:** MORPHET, RICHARD L.

**Period Ending:** 07/06/12

**Trustee:** (520171)    JOHN E. GIERUM
**Filed (f) or Converted (c):** 02/04/08 (f)
**§341(a) Meeting Date:** 03/07/08
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011    **Current Projected Date Of Final Report (TFR):**    December 5, 2011 (Actual)

Case 08-02436    Doc 47    Filed 07/06/12    Entered 07/06/12 15:20:07    Desc Main
Document    Page 7 of 11

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-02436  
**Case Name:** MORPHET, RICHARD L.  

**Taxpayer ID #:** **-***7926  
**Period Ending:** 07/06/12  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/02/09 | {18} | Taft Stettinius & Hollister, LLP | | 1229-000 | 15,000.00 | | 15,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 15,000.55 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,001.16 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,001.79 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 15,002.42 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 15,003.01 |
| 02/12/10 | | To Account #********5466 | TRANSFER OF FUNDS | 9999-000 | | 11.67 | 14,991.34 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,991.91 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 14,992.58 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 14,992.96 |
| 04/20/10 | | Wire out to BNYM account 9200******5465 | Wire out to BNYM account 9200******5465 | 9999-000 | -14,992.96 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11.67 | 11.67 | $0.00 |
| | | | Less: Bank Transfers | | -14,992.96 | 11.67 | |
| | | | **Subtotal** | | 15,004.63 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,004.63** | **$0.00** | |

{} Asset reference(s)

Printed: 07/06/2012 03:16 PM    V.13.02

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-02436  
**Case Name:** MORPHET, RICHARD L.  

**Taxpayer ID #:** **-***7926  
**Period Ending:** 07/06/12  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****54-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/10 |  | From Account #********5465 | TRANSFER OF FUNDS | 9999-000 | 11.67 |  | 11.67 |
| 02/12/10 | 101 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 08-02436 | 2200-000 |  | 11.67 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 11.67 | 11.67 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 11.67 | 0.00 |  |
|  |  |  | **Subtotal** |  | 0.00 | 11.67 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$11.67** |  |

{} Asset reference(s)                                                                                                   Printed: 07/06/2012 03:16 PM    V.13.02

## Form 2

### Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-02436 | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|
| Case Name: | MORPHET, RICHARD L. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******54-65 - Checking Account |
| Taxpayer ID #: | **-***7926 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | Wire in from JPMorgan Chase Bank, N.A. account ********5465 | 9999-000 | 14,992.96 | | 14,992.96 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 14,993.27 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,994.16 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.87 | | 14,995.03 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,995.92 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.89 | | 14,996.81 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,996.93 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.05 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.17 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.29 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,997.41 |
| 02/04/11 | | To Account #9200******5466 | TRANSFER OF FUNDS | 9999-000 | | 13.09 | 14,984.32 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,984.43 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.55 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.67 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.79 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,984.91 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,985.03 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.74 | 14,956.29 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,956.41 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.84 | 14,921.57 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.03 | 14,922.60 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,922.72 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.66 | 14,892.06 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,892.18 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.58 | 14,862.60 |
| 11/16/11 | | To Account #9200******5466 | TRANSFER OF FUNDS | 9999-000 | | 734.00 | 14,128.60 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 14,128.71 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 14,128.83 |
| 01/27/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.11 | | 14,128.94 |
| 01/27/12 | | To Account #9200******5466 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 14,128.94 | 0.00 |

Subtotals :   $14,998.82   $14,998.82

{} Asset reference(s)

Printed: 07/06/2012 03:16 PM   V.13.02

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 08-02436  
**Case Name:** MORPHET, RICHARD L.  
**Taxpayer ID #:** **-***7926  
**Period Ending:** 07/06/12

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-65 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 14,998.82 | 14,998.82 | $0.00 |
| | | | Less: Bank Transfers | | 14,992.96 | 14,876.03 | |
| | | | **Subtotal** | | **5.86** | **122.79** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5.86** | **$122.79** | |

{} Asset reference(s)

Printed: 07/06/2012 03:16 PM    V.13.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-02436 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MORPHET, RICHARD L. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******54-66 - Checking Account |
| Taxpayer ID #: | **-***7926 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/06/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/11 | | From Account #9200******5465 | TRANSFER OF FUNDS | 9999-000 | 13.09 | | 13.09 |
| 02/07/11 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #08-02436, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 13.09 | 0.00 |
| 11/16/11 | | From Account #9200******5465 | TRANSFER OF FUNDS | 9999-000 | 734.00 | | 734.00 |
| 11/16/11 | 10103 | Internal Revenue Service | 2009 1041/1040 | 2810-000 | | 402.00 | 332.00 |
| 11/16/11 | 10104 | Illinois Department of Revenue | 2009 IL-1041/IL-1040 | 2820-000 | | 332.00 | 0.00 |
| 01/27/12 | | From Account #9200******5465 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 14,128.94 | | 14,128.94 |
| 02/01/12 | 10105 | JOHN E. GIERUM | Dividend paid 100.00% on $2,251.05, Trustee Compensation; Reference: | 2100-000 | | 2,251.02 | 11,877.92 |
| 02/01/12 | 10106 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $855.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 855.00 | 11,022.92 |
| 02/01/12 | 10107 | Puritan Finance Corporation | First and Final Distribution | 7100-000 | | 6,625.30 | 4,397.62 |
| 02/01/12 | 10108 | Pramco III, LLC | First and Final Distribution | 7100-000 | | 1,070.03 | 3,327.59 |
| 02/01/12 | 10109 | Central States, Southease & Southwest areas Pensio | First and Final Distribution | 7100-000 | | 3,327.59 | 0.00 |
| | | **ACCOUNT TOTALS** | | | 14,876.03 | 14,876.03 | $0.00 |
| | | Less: Bank Transfers | | | 14,876.03 | 0.00 | |
| | | **Subtotal** | | | 0.00 | 14,876.03 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$14,876.03** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****54-65** | 15,004.63 | 0.00 | 0.00 |
| **Checking # ***-*****54-66** | 0.00 | 11.67 | 0.00 |
| **Checking # 9200-******54-65** | 5.86 | 122.79 | 0.00 |
| **Checking # 9200-******54-66** | 0.00 | 14,876.03 | 0.00 |
| | **$15,010.49** | **$15,010.49** | **$0.00** |

{} Asset reference(s)